NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MEDIDEA, L.L.C.,**
*Plaintiff-Appellant*

**v.**

**DEPUY ORTHOPAEDICS, INC., DEPUY SYNTHES PRODUCTS, INC., DEPUY SYNTHES SALES, INC., DBA DEPUY SYNTHES JOINT RECONSTRUCTION,**
*Defendants-Appellees*

---

2020-1334

---

Appeal from the United States District Court for the District of Massachusetts in No. 1:17-cv-11172-LTS, Judge Leo T. Sorokin.

---

**JUDGMENT**

---

FREDERICK MICHAUD, Capshaw DeRieux LLP, Washington, DC, argued for plaintiff-appellant.  Also represented by DAVID LESHT, MARTIN AMARO, JOSEPH M. VANEK, Sperling & Slater, P.C., Chicago, IL; TODD RAY WALTERS, Buchanan Ingersoll & Rooney PC, Alexandria, VA.

CALVIN GRIFFITH, Jones Day, Cleveland, OH, argued

for defendants-appellees. Also represented by THOMAS KOGLMAN, KENNETH LUCHESI, PATRICK NORTON; CHRISTOPHER M. MORRISON, Boston, MA; GREGORY A. CASTANIAS, Washington, DC.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, WALLACH and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 7, 2021        /s/ Peter R. Marksteiner
Date                    Peter R. Marksteiner
                        Clerk of Court